IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):
VERONICA BISHOP, Individually and on behalf of the
Estate of GEORGE BISHOP, Decedent

Civil Case # 1:18-cv-03317-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   George Bishop

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Veronica Bishop, Personal Representative

3. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Jersey

1

4. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

5. Plaintiff's/Deceased Party's current state of residence:

   New Jersey

6. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court – District of New Jersey (Camden Division)

7. Defendants (Check Defendants against whom Complaint is made):

   x   Cook Incorporated

   x   Cook Medical LLC

   x   William Cook Europe ApS

8. Basis of Jurisdiction:

   x   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

9. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

        ___ Günther Tulip® Vena Cava Filter

        ___ Cook Celect® Vena Cava Filter

        ___ Gunther Tulip Mreye

        X   Cook Celect Platinum

        ___ Other: _____

10. Date of Implantation as to each product:

    September 22, 2017

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Our Lady of Lourdes Medical Center (Camden, New Jersey)

12. Implanting Physician(s):

    Joseph Della-Peruta, MD

13. Counts in the Master Complaint brought by Plaintiff(s):

    x    Count I:    Strict Products Liability – Failure to Warn

    x    Count II:    Strict Products Liability – Design Defect

    x    Count III:    Negligence

    x    Count IV:    Negligence Per Se

    x    Count V:    Breach of Express Warranty

    x    Count VI:    Breach of Implied Warranty

    x    Count VII:    Violations of Applicable New Jersey Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

x  Count XI:    Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

14. Attorney for Plaintiff(s):

William F. Blankenship III, David P. Matthews_____

15. Address and bar information for Attorney for Plaintiff(s):

William F. Blankenship III (Texas Bar No. 90001483), Blankenship Law Firm, 3710 Rawlins Street, Suite 1230, Dallas, Texas 75219

David P. Matthews (Texas Bar No. 13206200), Matthews & Associates, 2905 Sackett Street, Houston, Texas 77098

4

Respectfully submitted,

*/s/* David P. Matthews
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
jeanette@blankenshiplaw.com

David P. Matthews
Texas Bar No. 13206200
Matthews & Associates
2905 Sackett Street
Houston, Texas 77098
(713) 522-5250
(713) 535-7132 (Fax)
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail on all non-CM/ECF participants:

*/s/* David P. Matthews
David P. Matthews

5